**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CRYSTAL D. CAPOLUPO,**

       **Plaintiff,**

-vs-                          **Case No. 6:11-cv-1493-Orl-28KRS**

**CRANIUM CLUBHOUSE, INC., EDDIE GRAY,**

       **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. No. 18) filed December 22, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 28, 2011 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Stipulation for Voluntary Dismissal with Prejudice is **GRANTED**.

3. This case is dismissed with prejudice, with each party bearing their own fees and costs.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge